# Exhibit 1

**Int. Cl.: 14**

**Prior U.S. Cls.: 27 and 28**

**Reg. No. 1,184,684**
**Registered Jan. 5, 1982**

## United States Patent and Trademark Office

**TRADEMARK**
**Principal Register**

# BULGARI

Ditta Sotirio Bulgari di Costantino e Giorgio Bulgari, S.a.s. (Italy partnership)
10 Via dei Condotti
Rome, Italy

For: EARRINGS, BRACELETS, BROACHES, RINGS, NECKTIE PINS, BUCKLES, CUFFLINKS, NECKLACES, ALL MADE OF PRECIOUS METALS AND PRECIOUS OR SEMI-PRECIOUS STONES; BADGES OR JEWELRY MADE OF PRECIOUS METALS AND PRECIOUS OR SEMI-PRECIOUS STONES; RELIGIOUS AND COMMEMORATIVE MEDALS MADE OF PRECIOUS METALS AND PRECIOUS OR SEMI-PRECIOUS STONES; HAIR PINS MADE OR PRECIOUS METALS AND PRECIOUS OR SEMI-PRECIOUS STONES; HAIR NETS MADE OF GOLD THREADS; ORNAMENTAL WORKS AND ARTWORK MADE OF PRECIOUS METAL AND PRECIOUS OR SEMI-PRECIOUS STONES—NAMELY, GLOBES, TREES, VASES, TABLE PLACE CARD HOLDERS, CANDLESTICKS; WRISTWATCHES, CLOCKS, PENDULUM CLOCKS, TABLE CLOCKS; WATCHCASES, in CLASS 14 (U.S. Cls. 27 and 28).

First use 1881; in commerce 1970.

Sec. 2(f).

Ser. No. 239,970, filed Nov. 20, 1979.

HENRY S. ZAK, Primary Examiner

**Int. Cl.: 9**

**Prior U.S. Cls.: 2 and 26**

**Reg. No. 1,694,038**

# United States Patent and Trademark Office

**Registered June 16, 1992**

## TRADEMARK
## PRINCIPAL REGISTER

## BVLGARI

PARTECIPAZIONI BULGARI S.P.A. (ITALY CORPORATION)
VIA GREGORINA 5
ROME, ITALY 00187

FOR: BINOCULARS, COMPASSES, EYEGLASSES, EYEGLASS CHAINS, EYEGLASS CORDS, EYEGLASS FRAMES, EYEGLASS CASES, KALEIDOSCOPES, PINCE-NEZ, PINCE-NEZ CHAINS, PINCE-NEZ CASES, PINCE-NEZ CORDS, PINCE-NEZ MOUNTINGS, SUNGLASSES, SUNGLASS FRAMES, SUNGLASS CASES, SUNGLASS CHAINS, IN CLASS 9 (U.S. CLS. 2 AND 26).

OWNER OF ITALY REG. NO. 415061, DATED 4-14-1986, EXPIRES 7-27-2004.

OWNER OF U.S. REG. NOS. 1,184,684, 1,285,791, AND 1,404,546.

SER. NO. 73-779,787, FILED 2-7-1989.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Int. Cl.: 3**

**Prior U.S. Cls.: 6, 40, 44, 51 and 52**

**Reg. No. 1,693,893**

# United States Patent and Trademark Office

**Registered June 16, 1992**

## TRADEMARK
## PRINCIPAL REGISTER

## BVLGARI

PARTECIPAZIONI BULGARI, S.P.A. (ITALY CORPORATION)
VIA GREGORINA 5
ROME, ITALY 00187

FOR: COSMETICS; NAMELY, FOUNDATIONS, CREAMS, ROUGES, EYE LINER, EYE SHADOW, EYEBROW PENCILS, MASCARA, LIPSTICKS, FACE POWDER, FACE CREAM, MAKE-UP REMOVER CREAM, LIP LINERS, SUN-TANNING LOTIONS, FALSE EYELASHES, NAIL POLISH, NAIL POLISH REMOVER; TOILETRIES; NAMELY, BATH SALTS, BATH OILS AND CREAMS, BEAUTY MARKS, TOILET SOAP, SKIN LOTIONS, NAIL POLISH, NAIL CREAM, POMADES, SHAMPOOS, SHAVING CREAMS AND LOTIONS, COSMETIC KITS CONTAINING LIPSTICK, CLEANSING MILK, COTTON STICKS, LOTIONS, EYEBROW PENCIL, FALSE EYELASHES, FACE POWDER, MAKEUP REMOVER, NAIL POLISH, SHAVING SOAP, NAIL POLISH REMOVER, IN CLASS 3 (U.S. CLS. 6, 40, 44, 51 AND 52).

OWNER OF ITALY REG. NO. 337338, DATED 10-5-1984, EXPIRES 9-22-2002.

OWNER OF U.S. REG. NOS. 1,184,684, 1,285,791, AND 1,404,546.

SER. NO. 73-779,788, FILED 2-7-1989.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 3 and 41**

**Reg. No. 1,694,380**

# United States Patent and Trademark Office

**Registered June 16, 1992**

## TRADEMARK
## PRINCIPAL REGISTER

## BVLGARI

PARTECIPAZIONI BULGARI, S.P.A. (ITALY CORPORATION)
VIA GREGORINA 5
ROME, ITALY 00187

FOR: ATTACHE CASES, BEACH BAGS, CANE HANDLES, CANES, TOTE BAGS, LEATHER SHOPPING BAGS, SATCHELS, LUGGAGE, TRUNKS, WALKING STICKS, PURSES, VALISES, WALLETS, UMBRELLAS AND PARASOLS, ANIMAL SKINS, HIDES, WHIPS, HARNESSES AND SADDLERY , IN CLASS 18 (U.S. CLS. 1, 3 AND 41).

OWNER OF ITALY REG. NO. 337338, DATED 10-5-1984, EXPIRES 9-22-2002.

OWNER OF U.S. REG. NOS. 1,184,684, 1,285,791, AND 1,404,546.

SER. NO. 73-779,789, FILED 2-7-1989.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 29, 37 and 50**

**Reg. No. 1,682,863**

# United States Patent and Trademark Office

**Registered Apr. 14, 1992**

## TRADEMARK
## PRINCIPAL REGISTER

## BVLGARI

PARTECIPAZIONI BULGARI, S.P.A. (ITALY CORPORATION)
VIA GREGORINA 5
ROME, ITALY 00187

FOR: FOUNTAIN PENS, PENS, PENCILS, LETTER OPENERS, PEN CASES, PEN CLIPS, PEN WIPERS, STANDS FOR PENCILS AND PENS; STATIONERY; NAMELY, ANNOUNCEMENT CARDS, NOTEBOOK COVERS, ENVELOPES, GREETING CARDS, NOTE BOOKS AND WRITING PAPER, SEALING WAX, SEALS, WRITING CASES, WRITING PADS; BOOKMARKERS, GIFT WRAPPING PAPER, PLACE CARD HOLDERS, IN CLASS 16 (U.S. CLS. 2, 29, 37 AND 50).

OWNER OF ITALY REG. NO. 337338, DATED 9-22-1982, EXPIRES 9-22-2002.

OWNER OF U.S. REG. NOS. 1,184,684, 1,404,546 AND OTHERS.

SER. NO. 73-779,790, FILED 2-7-1989.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cl.: 28**

**Reg. No. 1,736,428**
**Registered Dec. 1, 1992**

# United States Patent and Trademark Office

**TRADEMARK**
**PRINCIPAL REGISTER**

## BVLGARI

PARTECIPAZIONI BULGARI S.P.A. (ITALY CORPORATION)
VIA GREGORIANA 5
ROME, ITALY

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).

FIRST USE 0-0-1884; IN COMMERCE 0-0-1970.

SER. NO. 74-195,274, FILED 8-15-1991.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cls.: 8 and 14**

**Prior U.S. Cls.: 2, 8, 13, 23, 25, 28, 33 and 40**

**Reg. No. 1,826,133**
**Registered Mar. 15, 1994**

# United States Patent and Trademark Office

**TRADEMARK**
**PRINCIPAL REGISTER**

## BVLGARI

PARTECIPAZIONI BULGARI S.P.A. (ITALY CORPORATION)
VIA GREGORIANA 5
ROME, ITALY

FOR: KNIVES AND SPOONS MADE OF PRECIOUS METALS, IN CLASS 8 (U.S. CL. 23).
FIRST USE 0-0-1933; IN COMMERCE 6-0-1976.
FOR: KEY RINGS, MONEY CLIPS, DRINKING GLASSES, COASTERS, CANDLESTICKS, SERVICE PLATES, VASES, BOWLS, DECANTERS, CARAFES, NON-ELECTRIC CIGAR AND CIGARETTE LIGHTERS, CIGAR CUTTERS, CIGARETTE AND CIGAR CASES, AND CLOTHING BUTTONS, ALL MADE WHOLLY OR IN PART OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 8, 13, 25, 28, 33 AND 40).
FIRST USE 0-0-1933; IN COMMERCE 12-0-1971.
OWNER OF U.S. REG. NOS. 1,404,546, 1,736,428 AND OTHERS.

SER. NO. 74-329,013, FILED 11-5-1992.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cl.: 3**

**Prior U.S. Cl.: 51**

**Reg. No. 1,848,470**

# United States Patent and Trademark Office

**Registered Aug. 9, 1994**

## TRADEMARK
### PRINCIPAL REGISTER

## BVLGARI

PARTECIPAZIONI - BULGARI S.P.A. (ITALY CORPORATION)
VIA GREGORIANA 5
ROME, ITALY

FOR: EAU DE PARFUM, IN CLASS 3 (U.S. CL. 51).

FIRST USE 4-8-1993; IN COMMERCE 4-8-1993.

OWNER OF U.S. REG. NOS. 1,652,464, 1,736,428 AND OTHERS.

THE ENGLISH TRANSLATION OF "EAU DE PARFUM" IS "SCENTED WATER".

SER. NO. 74-423,943, FILED 8-10-1993.

NORMAN J. RICH, EXAMINING ATTORNEY

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

**Reg. No. 2,102,804**

**United States Patent and Trademark Office**

**Registered Oct. 7, 1997**

## SERVICE MARK
## PRINCIPAL REGISTER

# BVLGARI

BULGARI S.P.A. (ITALY CORPORATION)
LUNGOTEVERE MARZIO 11
ROME, ITALY

FOR: RETAIL STORE SERVICES FEATURING JEWELRY, WATCHES, KNIVES AND SPOONS, PENS CLOCKS, GIFT ITEMS AND PERFUMERY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1884; IN COMMERCE 11-0-1970.

OWNER OF U.S. REG. NOS. 1,652,464, 1,848,470 AND OTHERS.

SER. NO. 75-087,734, FILED 4-15-1996.

EVERETT FRUEHLING, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50** **Reg. No. 2,837,806**

**United States Patent and Trademark Office** **Registered May 4, 2004**

**Corrected** **OG Date Dec. 14, 2004**

**TRADEMARK**
**PRINCIPAL REGISTER**

# B.zero1

BULGARI S.P.A. (ITALY CORPORATION)
LUNGOTEVERE MARZIO 11
ROME, ITALY

OWNER OF ITALY REG. NO. 868104, DATED 5-30-2002, EXPIRES 12-22-2012.

FOR: PRECIOUS METALS AND THEIR ALLOYS AND GOODS IN PRECIOUS METALS OR COATED THEREWITH; JEWELRY; RINGS, PENDANTS, [ DANCLING ] * DANGLING * TRINKETS, MEDALS; [ HOROLOCICAL ] * HOROLOGICAL * AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

SER. NO. 76-441,584, FILED 8-14-2002.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 14, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,837,806**

**United States Patent and Trademark Office** **Registered May 4, 2004**

**TRADEMARK**
**PRINCIPAL REGISTER**

# B.zero1

BULGARI S.P.A. (ITALY CORPORATION)
LUNQOTEVERE MARZIO 11
ROME, ITALY

FOR: PRECIOUS METALS AND THEIR ALLOYS AND GOODS IN PRECIOUS METALS OR COATED THEREWITH; JEWELRY; RINGS, PENDANTS, DANCLING TRINKETS, MEDALS; HOROLOCICAL AND CHRONOMETRIC INSTRUMENTS , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

OWNER OF ITALY REG. NO. 868104, DATED 5-30-2002, EXPIRES 12-22-2012.

SER. NO. 76-441,584, FILED 8-14-2002.

SCOTT OSLICK, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,073,799**

**Registered Mar. 28, 2006**

**United States Patent and Trademark Office**

**TRADEMARK**
**PRINCIPAL REGISTER**

# ASSIOMA

BULGARI SPA (ITALY JOINT STOCK COMPANY)
VIA LUNGOTEVERE MARZIO, 11
I-00186 ROMA
ITALY

FOR: PRECIOUS METALS AND THEIR ALLOYS; JEWELRY; PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 11-12-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0843712 DATED 1-19-2005, EXPIRES 1-19-2015.

THE WORD ASSIOMA MEANS "AXIOM" IN ENGLISH.

SER. NO. 79-009,058, FILED 1-19-2005.

SEAN DWYER, EXAMINING ATTORNEY

Int. Cls.: 35, 41 and 42

Prior U.S. Cls.: 100, 101, 102 and 107

United States Patent and Trademark Office

Corrected

Reg. No. 2,783,515

Registered Nov. 18, 2003

OG Date Mar. 29, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

# BVLGARI

BULGARI S.P.A. (ITALY CORPORATION)
11, LUNGOTEVERE MARZIO
ROME, ITALY

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. RM99C005228, FILED 10-15-1999, REG. NO. 876690, DATED 10-10-2002, EXPIRES 10-10-2022.

FOR: RETAIL SHOPS AND POINT-OF SALE [SERVICES] * KIOSKS * FEATURING JEWELRY, SILVERWARE, WATCHES, CLOTHING, LEATHER GOODS, EYEGLASSES, PERFUMERY, AND DESK AND WRITING INSTRUMENTS; PROVIDING PRODUCT INFORMATION REGARDING THE PRODUCTS FOR SALE BY OTHERS ORGANIZED BY SECTOR VIA A GLOBAL COMPUTER NETWORK; LICENSING OF COMPUTER SOFTWARE; FRANCHISING SERVICES, NAMELY, OFFERING TECHNICAL ASSISTANCE IN THE ESTABLISHMENT AND/OR OPERATION OF RETAIL SHOPS AND POINTS-OF SALE KIOSKS IN THE FIELDS OF JEWELRY, SILVERWARE, WATCHES, CLOTHING, LEATHER GOODS, EYEGLASSES, PERFUMERY, AND DESK AND WRITING INSTRUMENTS; ARRANGING AND CONDUCTING [TRADE SHOWS AND] * TRADE SHOW * EXHIBITIONS IN THE FIELD OF ART, NAMELY, PAINTINGS, SCULPTURES, PHOTOGRAPHS, GRAPHIC ART DESIGNS AND JEWELRY; ARRANGING AND CONDUCTING TRADE SHOWS AND EXHIBITIONS IN THE FIELDS OF FASHION AND PROTECTION OF ENVIRONMENT; ORGANIZING EXHIBITIONS FOR SELECTED PRODUCTS OF GIVEN SECTORS FOR COMMERCIAL AND ADVERTISING PURPOSES; BUSINESS CONSULTING SERVICES RELATED TO MARKETING, BRAND AWARENESS AND RETAIL SALE OF LUXURY GOODS AND SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102). .

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, WORKSHOPS, CONFERENCES AND SEMINARS IN THE FIELD OF LUXURY PRODUCTS IN THE NATURE OF JEWELRY, SILVERWARE, WATCHES, CLOTHING, LEATHER GOODS, EYEGLASSES, PERFUMERY, AND DESK AND WRITING INSTRUMENTS AND SELLING STRATEGIES FOR SUCH PRODUCTS; ENTERTAINMENT SERVICES IN THE NATURE OF LIVE MUSICAL PERFORMANCES AND SPORTING EVENTS,

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 29, 2005.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

NAMELY, TENNIS, GOLF, POLO, BASKETBALL, FOOTBALL, SOCCER, GYMNASTICS, HORSE-RACING, SKIING, CAR-RACING, MARATHONS AND SWIMMING; CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE FIELDS OF ART, NAMELY, PAINTINGS, SCULPTURES, PHOTOGRAPHS, DESIGNS, JEWELRY, AND FASHION; CONDUCTING EDUCATIONAL EXHIBITIONS IN THE FIELD OF PROTECTION OF THE ENVIRONMENT; PROVIDING FACILITIES FOR EXHIBITIONS FOR EDUCATIONAL PURPOSES IN THE FIELD OF LUXURY GOODS IN THE NATURE OF JEWELRY, SILVERWARE, WATCHES, CLOTHING, LEATHER GOODS, EYEGLASSES, PERFUMERY, AND DESK AND WRITING INSTRUMENTS; PRODUCTION AND DISTRIBUTION OF MOTION PICTURES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107). .

FOR: CONSULTATION IN THE FIELDS OF INTELLECTUAL PROPERTY, COMPUTERS AND PRODUCT DEVELOPMENT; LICENSING OF INTELLECTUAL PROPERTY, INCLUDING KNOW-HOW, TRADE SECRETS, TRADEMARKS, SERVICE MARKS AND PRODUCT DESIGNS; PERSONAL SHOPPING AND SELECTION OF LUXURY GOODS FOR OTHERS; COMPUTER SOFTWARE DESIGN FOR OTHERS; DESIGN OF NEW PRODUCTS FOR OTHERS; HOTEL SERVICES; PROVIDING TEMPORARY HOUSING ACCOMMODATIONS; TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR TEMPORARY LODGING; BEAUTY SALONS, IN CLASS 42 (U.S. CLS. 100 AND 101). .

SER. NO. 76-020,579, FILED 4-7-2000.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 29, 2005.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,954,459**

**United States Patent and Trademark Office** **Registered May 24, 2005**

**TRADEMARK**
**PRINCIPAL REGISTER**

# BVLGARI

BULGARI S.P.A. (ITALY CORPORATION)

LUNCOTEVERE MARZIO 11

ROME, ITALY

FOR: BELTS, TIES, SCARVES, SHAWLS, AND STOLES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-0-1995; IN COMMERCE 3-0-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,848,470, 2,783,545 AND OTHERS.

SER. NO. 76-583,076, FILED 3-23-2004.

ELLEN PERKINS, EXAMINING ATTORNEY

**Int. Cls.: 9, 14 and 18**

**Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 41 and 50**

**Reg. No. 3,329,746**

**United States Patent and Trademark Office** **Registered Nov. 6, 2007**

**TRADEMARK**
**PRINCIPAL REGISTER**

# PARENTESI

BULGARI S.P.A. (ITALY JOINT STOCK COMPANY)
LUNGOTEVERE MARZIO, 11
I-00186 ROMA
ITALY

FOR: EYEGLASSES, FRAMES FOR EYEGLASSES, LENSES FOR EYEGLASSES, SPORT EYEGLASSES, CASES FOR EYEGLASSES, CHAINS AND CORDS FOR EYEGLASSES, CASES FOR MOBILE TELEPHONES, CD HOLDERS, RADIO HOLDERS, HOLDERS SPECIFICALLY MADE FOR SOUND AND VIDEO REPRODUCING AND LISTENING DEVICES, PROTECTIVE HELMETS FOR SPORTS AND FOR DRIVING, ELECTRONIC DEVICES FOR DETECTING COUNTERFEITS COMPRISED OF ELECTRONIC MACHINES AND SOFTWARE FOR DETECTING COUNTERFEIT ITEMS; COMPUTERS AND SOFTWARE TO CONTROL MEASURING, CUTTING AND SHAPING DEVICES FOR HORLOGERY, JEWELRY, LEATHER GOODS AND FABRICS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: WATCHES, CLOCKS, CASES FOR WATCHES, CHRONOMETRIC INSTRUMENTS, CHRONOMETERS, PARTS AND FITTINGS FOR WATCHES, RINGS, KEY RING OF PRECIOUS METAL, BUCKLES OF PRECIOUS METAL, EARRINGS, CUFFLINKS, BRACELETS, CHARMS OF PRECIOUS METAL, BROOCHES, NECKLACES, ANKLE CHAINS, TIE PINS, PINS OF JEWELRY, MEDALLIONS, PRECIOUS STONES, PEARLS, NUTCRACKERS OF PRECIOUS METAL, CANDLESTICKS OF PRECIOUS METAL, JEWELRY OF PRECIOUS METALS, CIGARETTE CASES OF PRECIOUS METALS, BUCKLES OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHERS, IMITATION LEATHERS, FURS, UMBRELLAS, WALKING STICKS, WHIPS, HARNESSES, SADDLERY, ANIMAL SKINS, TRAVELING BAGS, HANDBAGS, SHOULDER BAGS, BRIEFCASES, ATTACHÉ CASES, TRUNKS, LEATHER KEY CASES, PURSES, WALLETS, SHOPPING BAGS OF LEATHER AND OF TEXTILE, SUITCASES, BACKPACKS, VANITY CASES SOLD EMPTY, BUSINESS AND CREDIT CARD CASES, DIARY COVERS MADE OF LEATHER, SPORT BAGS, WAIST BAGS, BEACH BAGS, BOXES OF LEATHER FOR PERSONAL SMALL ACCESSORIES SUCH AS CARDS, TICKETS, RINGS, KEYS, PINS, CUFFLINKS; SCHOOL BAGS, POUCHES, LEATHER STRAPS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 9-8-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0912255 DATED 11-9-2006, EXPIRES 11-9-2016.

THE ENGLISH TRANSLATION OF THE ITALIAN WORDING "PARENTESI" IS "PARENTHESIS."

SER. NO. 79-034,170, FILED 11-9-2006.

JUDITH HELFMAN, EXAMINING ATTORNEY

**Int. Cls.: 39 and 40**

**Prior U.S. Cls.: 100, 103, 105 and 106**

**Reg. No. 3,505,546**

**United States Patent and Trademark Office** **Registered Sep. 23, 2008**

## SERVICE MARK
### PRINCIPAL REGISTER

# BVLGARI

BULGARI S.P.A. (ITALY JOINT STOCK COMPANY)

VIA LUNGOTEVERE MARZIO, 11

I-00186 ROMA

ITALY

FOR: TRANSPORT BY MOTOR VEHICLE, BOAT, RAIL AND AIR; PACKAGING AND STORAGE OF LUGGAGE, CLOTHING, FURNITURE, CARPETS, GYMNASTIC AND SPORTING ARTICLES FOR TRANSPORTATION; TRAVEL SERVICES, NAMELY, ARRANGING AND COORDINATING TRAVEL PLANS, TRAVEL BOOKINGS, TRAVEL TOURS, TRAVEL EXCURSIONS AND CRUISES FOR INDIVIDUALS AND FOR GROUPS; TRAVEL SERVICES, NAMELY, ARRANGING FOR TRAVEL VISA, PASSPORTS AND TRAVEL DOCUMENTS FOR DOMESTIC AND INTERNATIONAL TRAVELERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: TREATMENT OF MATERIALS, NAMELY, METALS, PRECIOUS METALS, SILVER, PRECIOUS STONES, GLASS, FABRICS, TEXTILES, LEATHER AND ESSENTIAL OILS , IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0761853 DATED 7-18-2001, EXPIRES 7-18-2011.

OWNER OF U.S. REG. NOS. 2,102,804, 2,954,459 AND OTHERS.

SER. NO. 79-044,677, FILED 7-30-2007.

SOPHIA S. KIM, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,520,949**

**United States Patent and Trademark Office** **Registered Oct. 21, 2008**

## TRADEMARK
### PRINCIPAL REGISTER

# DIAGONO

BULGARI S.P.A. (ITALY JOINT STOCK COMPANY)

LUNGOTEVERE MARZIO, 11

I-00186 ROMA

ITALY

FOR: PRECIOUS METALS AND THEIR ALLOYS; GOODS IN PRECIOUS METALS OR COATED THEREWITH, NOT INCLUDED IN OTHER CLASSES, NAMELY, JEWELRY; PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 1-17-2008 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0959603 DATED 2-12-2008, EXPIRES 2-12-2018.

SER. NO. 79-052,212, FILED 2-12-2008.

JASON TURNER, EXAMINING ATTORNEY

United States of America
United States Patent and Trademark Office

# LVCEA

**Reg. No. 4,762,595**

**Registered June 30, 2015**

**Int. Cls.: 3 and 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

BULGARI S.P.A. (ITALY JOINT-STOCK COMPANY)
LUNGOTEVERE MARZIO, 11
I-00186 ROMA
ITALY

FOR: ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE BALMS; AFTER-SHAVE COLOGNE; AFTER-SHAVE CREAMS; AFTER-SHAVE EMULSIONS; AFTER-SHAVE GEL; AFTER-SHAVE LOTIONS; AFTER-SHAVE PREPARATIONS; AFTER-SUN CREAMS AND PREPARATIONS; AFTER-SUN CREAMS FOR COSMETIC USE; AFTER-SUN GELS COSMETICS; AFTER-SUN LOTIONS FOR COSMETIC USE; AFTER-SUN MILK COSMETICS; AFTER-SUN MOISTURIZERS; AFTER-SUN OIL COSMETICS; AGE RETARDANT GELS FOR COSMETIC USE; AGE RETARDANT LOTIONS FOR COSMETIC USE; AGE SPOT REDUCING CREAMS FOR COSMETIC USE; ALMOND MILK FOR COSMETIC PURPOSES; ALMOND OIL FOR COSMETIC USES; ALMOND SOAP; ALOE SOAP; ALOE VERA PREPARATIONS FOR COSMETIC PURPOSES; ANTI-AGING SKIN CARE PREPARATIONS; ANTIPERSPIRANTS FOR PERSONAL USE; ANTIPERSPIRANT TOILETRIES; COSMETICS WITH ESSENTIAL OILS FOR USE IN AROMATHERAPY; AROMATHERAPY PREPARATIONS, NAMELY, ESSENTIAL OILS FOR AROMATHERAPY USE, NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN AROMATHERAPY; AROMATIC ESSENTIAL OILS; TOILETRIES IN THE NATURE OF BABY LOTIONS; BATH AND SHOWER GELS; COSMETIC PREPARATIONS FOR BATH AND SHOWER; BATH CREAMS; BATH CRYSTALS FOR COSMETIC USE; BATH FOAM; BATH GEL; BATH LOTIONS FOR COSMETIC USE; BATH OILS FOR COSMETIC USE; BATH PEARLS FOR COSMETIC USE; BATH POWDER COSMETICS; BATH SALTS FOR COSMETIC USE; BATH SOAP; BEAUTY MASKS; BERGAMOT OIL; BODY AND BEAUTY CARE COSMETICS; BODY CREAM SOAP; BODY GLITTER; BODY LOTIONS FOR COSMETIC USE; BODY MASK CREAMS FOR COSMETIC USE; BODY MASK LOTIONS FOR COSMETIC USE; BODY MASK POWDER FOR COSMETIC USE; BODY OILS FOR COSMETIC USE; BODY SCRUBS FOR COSMETIC USE; BODY SOAPS; BODY SPRAYS FOR COSMETIC USE; COSMETIC CREAMS; COSMETIC KITS COMPRISED OF MAKEUP, LIPSTICK, BODY SOAP; COSMETIC PREPARATIONS FOR BATHS; COSMETIC PREPARATIONS FOR SKIN CARE; COSMETICS; DEODORANTS FOR HUMAN BEINGS OR FOR ANIMALS; EAU DE COLOGNE; ESSENTIAL OILS; ETHEREAL ESSENCES; EXTRACTS OF FLOWERS FOR USE IN MAKING PERFUMES; HAIR LOTIONS; HAIR SPRAY; JASMINE OIL FOR PERSONAL USE; LIPSTICKS; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MUSK PERFUMERY; OILS FOR PERFUMES AND SCENTS; PERFUMED CREAMS FOR COSMETIC USE; PERFUMED POWDER FOR COSMETIC USE; PERFUMED SOAP; PERFUME OILS; PERFUMERY; ESSENTIAL OILS FOR USE IN MAKING

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**Reg. No. 4,762,595**

COSMETICS AND HAIR LOTIONS; PERFUMERY IN THE NATURE OF FRAGRANCES AND INCENSE; PERFUMERY IN THE NATURE OF FRAGRANCES AND INCENSE, OTHER THAN PERFUMES FOR PERSONAL USE; PERFUMES; ROSE OIL FOR COSMETIC PURPOSES; SCENTED LINEN WATER; SHAMPOOS; SHAVING PREPARATIONS; SHAVING SOAP; SOAP; SUNSCREEN PREPARATIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; TOILET WATER, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: AGATE JEWELRY; ALARM CLOCKS; ALLOYS OF PRECIOUS METAL; AMULETS; CLOCK AND WATCHMAKING ANCHORS; BADGES OF PRECIOUS METAL; BEADS FOR MAKING JEWELRY; BOXES OF PRECIOUS METAL; BRACELETS; BROOCHES; BUCKLES FOR WATCHSTRAPS; BUSTS OF PRECIOUS METAL; CLOCK AND WATCHMAKING CASES; CASES FOR WATCH PRESENTATION; JEWELRY IN THE NATURE OF CHAINS; JEWELRY IN THE NATURE OF CHARMS; CHRONOGRAPH WATCHES; CHRONOMETERS; CHRONOMETRIC INSTRUMENTS; CLOCK CASES; CLOCK HANDS; CLOCKS; ELECTRIC CLOCKS AND WATCHES; NON-MONETARY COINS; CUFF LINKS; CLOCK AND WATCHMAKING DIALS; DIAMONDS; EARRINGS; FIGURINES AND STATUETTES OF PRECIOUS METAL; GOLD THREAD JEWELRY; HAT ORNAMENTS OF PRECIOUS METAL; JEWELRY; JEWELRY CASES AND CASKETS; JEWELRY, NAMELY, PRECIOUS STONES; KEY RINGS OF PRECIOUS METAL; KEY HOLDERS OF PRECIOUS METAL; LOCKETS; MEDALS; MOVEMENTS FOR CLOCKS AND WATCHES; NECKLACES; ORNAMENTAL PINS; JEWELRY IN THE NATURE OF ORNAMENTS; PEARLS; PENDANTS; JEWELRY IN THE NATURE OF PINS; PLATINUM METAL; PRECIOUS AND SEMI-PRECIOUS GEMS; PRECIOUS AND SEMI-PRECIOUS STONES; PRECIOUS JEWELS; PRECIOUS METALS; PRECIOUS STONES; JEWELRY IN THE NATURE OF RINGS; ROUGH DIAMOND; ROUGH PRECIOUS STONES; SHOE ORNAMENTS OF PRECIOUS METAL; SILVER THREAD JEWELRY; TIE CLIPS; TIE PINS; WATCH CASES; WATCH CHAINS; WATCHES; WATCH GLASSES; WATCH SPRINGS; WATCH STRAPS; WORKS OF ART OF PRECIOUS METAL; WRISTWATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 3-17-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1231879 DATED 6-11-2014, EXPIRES 6-11-2024.

SER. NO. 79-158,770, FILED 6-11-2014.

RICHARD WHITE, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# INCONTRO D'AMORE

**Reg. No. 5,173,735**

**Registered Apr. 04, 2017**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

BULGARI S.P.A. (ITALY JOINT STOCK COMPANY)
Lungotevere Marzio, 11
I-00186 ROME
ITALY

CLASS 14: Semi-finished articles of precious metals for use in the manufacture of jewelry; semi-finished articles of precious stones for use in the manufacture of jewelry; alloys of precious metal; jewelry findings; rings; costume jewelry; jewelry with precious stones; jewelry made of precious metals; jewelry for personal adornment; bracelets; Jewelry chains; clasps for jewelry; closures for necklaces; pendants; necklaces; wedding bands; cufflinks; jewelry, namely, imitation jewelry and plastic jewelry; jewelry; clocks and wristwatches; medallions; earrings; hair ornaments of precious metal; jewelry watches; jewelry key chains; brooches

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 11-27-2015 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1308287 DATED 05-11-2016, EXPIRES 05-11-2026

The English translation of "INCONTRO D'AMORE" is "LOVE ENCOUNTER".

SER. NO. 79-191,399, FILED 05-11-2016
JENNIFER LYNN O'BRIEN, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,061,427**

**Registered Oct. 18, 2016**

**Int. Cl.: 3, 6, 9, 14, 18**

**Trademark**

**Principal Register**

Michelle K. Lee

Director of the United States
Patent and Trademark Office

BULGARI S.P.A. (ITALY JOINT STOCK COMPANY)
Lungotevere Marzio, 11
I-00186 ROME
ITALY

CLASS 3: Toilet water; eau-de-toilette; aromatic essential oils; aromatics for fragrances; aromatics, namely, oils and essential oils, for perfumes; lipstick cases; bath foam; hair conditioners; non-medicated cosmetic skin balms; bergamot oil; cosmetics; deodorants and antiperspirants for human beings; eau de cologne; soap free washing emulsions for the body; body emulsions for cosmetic use; exfoliant creams; body scrub; cosmetic facial scrubs; extracts of flowers for perfumes; extracts of perfumes; perfumes; foaming bath gels; cleansing gels; hairspray; facial cleansing milk; cosmetic cleansing milk; moisturizing body lotions; hair lotions; scented body lotions; cosmetic glitter sprays; cosmetic masks; cosmetic mousses, namely mousse for skin and face; hair mousses; skincare essential oils; oils for cosmetic purposes; essential oils for personal use; natural essential oils for perfumes; cosmetic body oils; scented oils; oils for perfumes and scents; scented talcum powders; fragrance preparations in the nature of aromatic preparations, namely, cream, lotion, body spray; perfumery and fragrances; soaps; liquid soaps; soaps in gel form; scented soaps; shampoo; shampoo-conditioners; scented body spray; body talcum powder

CLASS 6: Metal keys rings; metal key chains; metal chains for keys; works of art made of alloys of common metal; metal locking pins; expansion caps in metal

CLASS 9: Clip-on sunglasses; optical goods, namely, sunglasses, reading glasses and prescription eyewear; goggles for sports; eyewear; eyewear cases; contact lens cases; eye glass cases; pince-nez cases; cases for sunglasses; chains for eyewear; mobile phone straps; cases adapted for computers; computer carrying cases; cases for laptops; cases for mobile phones; pince-nez frames; eyeglass frames; frames for sunglasses; frames for spectacles and sunglasses; anti-dazzle spectacles; anti-glare spectacles; spectacle frames

CLASS 14: Jet, unwrought or semi-wrought; jewelry, namely, amulets; jewelry, namely, rings; spun silver; silver wire; silver, unwrought or beaten; jewelry, namely, bracelets; watchstraps, watch cases, watch chains, jewellery chains, clasps for jewellery, jewel pendants, jewellery cases; jewelry caskets; chronographs as watches, chronometers; cuff links; jewellery, ivory jewelry, cloisonne jewellery; works of art of precious metal; jewellery ornaments; jet ornaments, namely, jet ornaments in the nature of jewelry, holiday ornaments of jet; hair ornaments in precious metals; wristwatches; key rings in the nature of trinkets or fobs; jewelry cases, jewelry caskets, jewelry boxes; boxes of precious metal; jewellery in the

nature of pins; cases for watches; precious stones; paste jewellery; costume jewelry namely, rings, necklaces, bracelets, earrings, pendants; time instruments, namely, watches, clocks, pocket watch and watch necklaces; jewelry in the nature of necklaces; jewelry in the nature of medallions; earrings

CLASS 18: Umbrella sticks, unfitted vanity cases, trunks and luggage; bags, namely, all-purpose carrying bags, messenger bags, clutch bags, top handle bags, flap cover bag; bags for sports; chain mesh purses, tool bags of leather sold empty; travelling cases of leather, boxes of leather or leather board, leatherboard, attache cases, parasols, haversacks, bags in the nature of envelopes for packaging; pouches of leather for packaging; valises, document suitcases, garment bags for travel, handbags, backpacks, shoulder bags, shoulder sacks; all the foregoing made of leather or fur

The mark consists of a design of a snakehead bearing a hexagonal crisscross pattern and fixed eyes.

PRIORITY DATE OF 10-07-2014 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1271020 DATED 03-25-2015, EXPIRES 03-25-2025

SER. NO. 79-175,177, FILED 03-25-2015
ESTHER ANN BELENKER, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

United States of America
United States Patent and Trademark Office

# SERPENTI

**Reg. No. 5,697,708**

**Registered Mar. 12, 2019**

**Int. Cl.: 9, 14, 18**

**Trademark**

**Principal Register**

Bulgari S.p.A. (ITALY società per azioni (spa) )
11, Lungotevere Marzio
Rome, ITALY 00186

CLASS 9: Eyewear, namely, clip-on sunglasses, spectacle frames, eyeglass frames, frames for sunglasses, reading glasses, sports glasses, spectacle lenses; Sleeves for laptops; Spectacle cases; Spectacle cords; Spectacle holders; Cell phone covers; Chains for spectacles and for sunglasses; Bars for spectacles, namely, bows of eyeglasses; Mobile phone straps

FIRST USE 10-31-2009; IN COMMERCE 10-31-2009

CLASS 14: Jewelry chains; Pendants; Pins being jewelry

FIRST USE 12-31-1949; IN COMMERCE 12-31-1949

CLASS 18: Backpacks

FIRST USE 6-30-2011; IN COMMERCE 6-30-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The English translation of "SERPENTI" in the mark is "SNAKES".

SER. NO. 87-037,688, FILED 05-16-2016

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,299,131**

**Registered Oct. 03, 2017**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Bulgari S.p.A. (ITALY società per azioni (spa) )
11, Lungotevere Marzio
Rome, ITALY

CLASS 18: Handbags, clutch bags, leather bags, wallets and purses

FIRST USE 6-30-2011; IN COMMERCE 6-30-2011

The mark consists of the three-dimensional configuration of the design features of the identified goods. The portion of the drawing shown in solid lines represents the claimed features of the configuration as the mark. The mark is comprised of the surface of a metal chain strap and a three-dimensional metal snake head design. The surface of the metal chain strap emulates the scales of snake skin. The three- dimensional metal design appears on an envelope-styled flap in the shape of a snake's head bearing a hexagonal crisscross pattern with fixed eyes. The snake head design is positioned at the lower center part of the envelope-styled flap. The matter shown in broken lines is not part of the mark but serves to show placement of the mark on the goods.

SEC.2(F)

SER. NO. 87-039,186, FILED 05-17-2016

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.